# U.S. District Court
## DISTRICT OF KANSAS (Wichita)
## CRIMINAL DOCKET FOR CASE #: **6:18−mj−06110−KGG**−1

Case title: USA v. Tucker
Other court case number: 18−00153−01−CR−W−RK Western District of Missouri

Date Filed: 06/29/2018

Assigned to: Magistrate Judge Kenneth G. Gale

**Defendant (1)**

**Joel Jerome Tucker**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Removal of arrested defendant to Western District of Missouri | |

**Plaintiff**

**USA**   represented by   **David M. Lind**
Office of United States Attorney − Wichita
301 North Main Street, Suite #1200
Wichita, KS 67202−4812
316−269−6481
Fax: 316−269−6484
Alternative Phone:
Cell Phone:
Email: david.lind@usdoj.gov
*LEAD ATTORNEY*

1

*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 12106*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/29/2018 | | | ARREST (Rule 5(c)(3) Out) of Joel Jerome Tucker. (sz) (Entered: 06/29/2018) |
| 06/29/2018 | 1 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Joel Jerome Tucker held on 6/29/2018. The Government adopted the recommendations of Pretrial Services for release on conditions. Defendant waived the right to an identity hearing. Court accepted the waiver and found Defendant to be person named. Defendant's next appearance as directed before Judge in charging district. (Tape #1:37–1:47.) (Attachments: # 1 Waiver Rule 5) (sz) (Entered: 06/29/2018) |
| 06/29/2018 | 2 | | CJA 23 FINANCIAL AFFIDAVIT by Joel Jerome Tucker. (sz) (Entered: 06/29/2018) |
| 06/29/2018 | 3 | | ORDER SETTING CONDITIONS OF RELEASE as to Joel Jerome Tucker (1) $5,000 unsecured bond. Signed by Magistrate Judge Kenneth G. Gale on 6/29/2018. (sz) (Entered: 06/29/2018) |
| 06/29/2018 | 4 | | BOND POSTED as to Joel Jerome Tucker. (sz) (Entered: 06/29/2018) |
| 06/29/2018 | 5 | | RULE 5(c)(3) REMOVAL HEARING PAPERS SENT TO Western District of Missouri as to Joel Jerome Tucker. (sz) (Entered: 06/29/2018) |

```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:ksd_nef@localhost.localdomain
Bcc:
--Case Participants: David M. Lind (caseview.ecf@usdoj.gov, david.lind@usdoj.gov,
tracy.ballard@usdoj.gov), Magistrate Judge Kenneth G. Gale
(ksd_gale_chambers@ksd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:4512081@ksd.uscourts.gov
Subject:Activity in Case 6:18-mj-06110-KGG USA v. Tucker Arrest - Rule 5(c)(3) Out
```
Content–Type: text/html

## U.S. District Court

## DISTRICT OF KANSAS

### Notice of Electronic Filing

The following transaction was entered on 6/29/2018 at 2:38 PM CDT and filed on 6/29/2018

| | |
|---|---|
| **Case Name:** | USA v. Tucker |
| **Case Number:** | 6:18–mj–06110–KGG |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ARREST (Rule 5(c)(3) Out) of Joel Jerome Tucker. (sz)**

**6:18–mj–06110–KGG–1 Notice has been electronically mailed to:**

David M. Lind     david.lind@usdoj.gov, caseview.ecf@usdoj.gov, tracy.ballard@usdoj.gov

**6:18–mj–06110–KGG–1 Notice has been delivered by other means to:**

FILED
U.S. District Court
District of Kansas

COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

JUN 29 2018

Date: 6-29-18

Clerk, U.S. District Court
By Carter, Deputy Clerk

Case No. 18-M-6110-01-KGG   United States v. Joel Jerome Tucker   Age: 49

## APPEARANCES:

**Government:** ☐ Anderson ☐ Barnett ☐ Furst ☐ Hart ☑ Lind ☐ Metzger ☐ Rodebaugh ☐ Smith ☐ Treaster ☐ Welch ☐ _____

**Defendant:** ☐ Failed to Appear ☑ In Person ☑ By Counsel: Jim Henry
☐ Retained ☐ CJA ☑ FPD

**Judge:** ☑ Gale ☐ Birzer   **Clerk:** ☑ Carter ☐ Merseal   **Probation:** ☐ Chirinos ☑ Madden   **Interpreter:** ☐ LuAnn Rivera ☐ Chip Worthington ☐ Sworn

## PROCEEDINGS:
Tape No.: 1:37 - 1:47

☑ Rule 5 (10 min) ☑ 5(c)(3) ☐ Revocation ☐ Super. Rel. Viol. ☐ Prob. Viol. ☐ Bond Viol. ☐ Def. Arrested; Petition Unsealed

☐ Detention   ☐ Waived
☐ Preliminary Hearing   ☐ Waived
☐ Arraignment   ☐ Waived Reading   ☐ Read to Defendant   ☐ Not Guilty   ☐ Guilty
☐ Bond Hearing
☐ Change of Plea
☐ Sentencing
☐ Rule 20
☐ Other Hearing: _____

☐ Complaint ☑ Indictment ☐ Information
☑ No. of Counts/Viol.: 15   ☑ & Forfeiture
☑ Charges/Viol. explained to Defendant ☑ Penalties explained
☑ Felony ☐ Misdemeanor
☑ Defendant's constitutional rights explained
☑ Defendant sworn/affirmed ☑ Examined re: financial status
☑ Counsel Appointed

☐ Defendant given Consular Notification
☐ Defendant declined to waive Indictment
☐ Signed Waiver of Indictment
☐ Signed Consent to Proceed Before Magistrate
☐ Petition to Enter Plea filed
☐ Plea Agreement filed
☑ Advised of Rights under ☑ Rule 20 ☑ Rule 5(c)(3)
☐ Signed Consent to Transfer (Rule 20)
☑ Transfer under 5(c)(3) to: Western District of Missouri
☐ P.S.I. Ordered

☑ Release Ordered   ☑ Bond fixed at: $5,000 Unsec.   ☐ Continued on present bond/conditions
☐ Temp. Detention Ordered   ☐ Detention Ordered   ☐ Remanded to Custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Government motion for detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ Defendant admitted violations as alleged in the Petition.
☑ The Government adopted the recommendations of Pretrial Services for release on conditions.
☑ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named. ~~Defendant waived right to detention hrg. in Dist. of KS. Court accepted waiver & granted Govt. motion for detention pending proceed. in charging District.~~

**Defendant's next appearance:** ☑ as directed before Judge in charging district
☐ per Scheduling Order of Judge _____
☐ on: _____ at: _____ ☐ a.m. ☐ p.m. before Judge _____
for ☐ Detention Hearing ☐ Arraignment ☐ Preliminary Hearing ☐ _____

Notes:

4

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| United States of America, | ) | |
| v. | ) | Case No. 18-mj-06110-01 KGG |
| Joel Jerome Tucker, | ) | |
| | ) | Charging District's Case No. 18-00153-01-CR-W-RK |
| *Defendant* | ) | |

FILED
U.S. District Court
District of Kansas
JUN 29 2018
Clerk, U.S. District Court
By_____ Deputy Clerk

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __Western District of Missouri__

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 6-29-18

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Timothy J. Henry
_____
*Printed name of defendant's attorney*

5

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   18-M-6110-01-KGG |
| JOEL JEROME TUCKER | ) |
| *Defendant* | ) |

FILED
U.S. District Court
District of Kansas
JUN 29 2018
Clerk, U.S. District Court
By _____ Deputy Clerk

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   UNITED STATES DISTRICT COURTHOUSE, 400 East Ninth Street,
*Place*
Courtroom 6D, Kansas City, Missouri  64106

on   July 10, 2018, at 1:00 PM, before Honorable Matt J. Whitmore
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

6

AO 199B (Rev. 12/11) Additional Conditions of Release                                                           Page  2  of  3  Pages

## ADDITIONAL CONDITIONS OF RELEASE

    IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
    Person or organization _____
    Address *(only if above is an organization)* _____
    City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                          Signed: _____  _____
                                                                  *Custodian*                       *Date*

( X ) (7) The defendant must:
    ( X ) (a) submit to supervision by and report for supervision to the   supervising officer as directed   ,
                telephone number _____ , no later than _____ .
    ( ) (b) continue or actively seek employment.
    ( ) (c) continue or start an education program.
    ( X ) (d) surrender any passport to:   Probation/Pretrial Office
    ( X ) (e) not obtain a passport or other international travel document.
    ( ) (f) abide by the following restrictions on personal association, residence, or travel: _____

    ( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

    ( ) (h) get medical or psychiatric treatment: _____

    ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

    ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    ( X ) (k) not possess a firearm, destructive device, or other weapon.
    ( X ) (l) not use alcohol (    ) at all ( X ) excessively.
    ( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    ( X ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    ( X ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
            ( ) (i) **Curfew.** You are restricted to your residence every day (    ) from _____ to _____ , or (    ) as directed by the pretrial services office or supervising officer; or
            ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
            ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
    ( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
            (    ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
    ( ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
    ( X ) (s) The Defendant shall: Only operate a legitimate, verifiable business and shall provide documentation and records of the business to Pretrial Services as directed. The defendant shall pay a co-pay, at the discretion of the pretrial services officer, for any and all services provided to him during the term of supervision.

7

Case 6:18-mj-06110-KGG   Document 3   Filed 06/29/18   Page 8 of 11

AO 199C  (Rev. 09/08) Advice of Penalties                                                                                                   Page     3     of      3     Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

     Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.
     While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.
     It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.
     If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:
    (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
    (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
    (3)  any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
    (4)  a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.
     A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

     I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
*City and State*

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:     6/29/18                              _____
                                                             *Judicial Officer's Signature*

KENNETH G. GALE, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION:     COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | |
|---|---|
| United States of America<br>v.<br><br>JOEL JEROME TUCKER<br>*Defendant* | )<br>)<br>)   Case No.   18-M-6110-01-KGG<br>)<br>) |

**FILED**
U.S. District Court
District of Kansas
JUN 29 2018
Clerk, U.S. District Court
By _____ Deputy Clerk

## APPEARANCE BOND

**Defendant's Agreement**

I, __JOEL JEROME TUCKER__ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )   to appear for court proceedings;
( X )   if convicted, to surrender to serve a sentence that the court may impose; or
( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)   This is a personal recognizance bond.

( X ) (2)   This is an unsecured bond of $ __5,000.00__ .

(   ) (3)   This is a secured bond of $ _____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:
(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 6/29/18

_____
*Defendant's signature*

_____          _____
*Surety/property owner – printed name*       *Surety/property owner – signature and date*

_____          _____
*Surety/property owner – printed name*       *Surety/property owner – signature and date*

_____          _____
*Surety/property owner – printed name*       *Surety/property owner – signature and date*

CLERK OF COURT

Date: 6/29/18

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 6/29/18

_____
*Judge's signature*

```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:ksd_nef@localhost.localdomain
Bcc:
--Case Participants: David M. Lind (caseview.ecf@usdoj.gov, david.lind@usdoj.gov,
tracy.ballard@usdoj.gov), Magistrate Judge Kenneth G. Gale
(ksd_gale_chambers@ksd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:4512109@ksd.uscourts.gov
Subject:Activity in Case 6:18-mj-06110-KGG USA v. Tucker Rule 5(c)(3) Out
```
Content–Type: text/html

# U.S. District Court

## DISTRICT OF KANSAS

**Notice of Electronic Filing**

The following transaction was entered on 6/29/2018 at 2:47 PM CDT and filed on 6/29/2018

**Case Name:** USA v. Tucker
**Case Number:** 6:18–mj–06110–KGG
**Filer:**
**Document Number:** 5(No document attached)
**Docket Text:**
**RULE 5(c)(3) REMOVAL HEARING PAPERS SENT TO Western District of Missouri as to Joel Jerome Tucker. (sz)**

**6:18–mj–06110–KGG–1 Notice has been electronically mailed to:**

David M. Lind    david.lind@usdoj.gov, caseview.ecf@usdoj.gov, tracy.ballard@usdoj.gov

**6:18–mj–06110–KGG–1 Notice has been delivered by other means to:**